# Exhibit A

| Month | Days Trades Were Made | Availabile Trading Days | % of Available Trading Days Used | Buying Trades | Selling Trades | Total Trades | Average Trades Per Actual Trading Day | Average Trades Per Available Trading Day |
|---|---|---|---|---|---|---|---|---|
| January 2005 | 11 | 20 | 55.00% | 17 | 22 | 39 | 3.55 | 1.95 |
| February 2005 | 13 | 19 | 68.42% | 37 | 24 | 61 | 4.69 | 3.21 |
| March 2005 | 9 | 22 | 40.91% | 9 | 10 | 19 | 2.11 | 0.86 |
| April 2005 | 12 | 21 | 57.14% | 14 | 25 | 39 | 3.25 | 1.86 |
| May 2005 | 15 | 21 | 71.43% | 28 | 35 | 63 | 4.20 | 3.00 |
| June 2005 | 17 | 22 | 77.27% | 30 | 27 | 57 | 3.35 | 2.59 |
| July 2005 | 15 | 20 | 75.00% | 40 | 35 | 75 | 5.00 | 3.75 |
| August 2005 | 15 | 23 | 65.22% | 44 | 37 | 81 | 5.40 | 3.52 |
| September 2005 | 13 | 21 | 61.90% | 28 | 29 | 57 | 4.38 | 2.71 |
| October 2005 | 13 | 21 | 61.90% | 37 | 48 | 85 | 6.54 | 4.05 |
| November 2005 | 5 | 21 | 23.81% | 5 | 13 | 18 | 3.60 | 0.86 |
| December 2005 | 11 | 21 | 52.38% | 36 | 35 | 71 | 6.45 | 3.38 |
| Subtotal 2005 | 149 | 252 | 59.13% | 325 | 340 | 665 | 4.46 | 2.64 |

| Month | Days Trades Were Made | Availabile Trading Days | % of Available Trading Days Used | Buying Trades | Selling Trades | Total Trades | Average Trades Per Actual Trading Day | Average Trades Per Available Trading Day |
|---|---|---|---|---|---|---|---|---|
| January 2006 | 5 | 20 | 25.00% | 8 | 5 | 13 | 2.60 | 0.65 |
| February 2006 | 0 | 19 | 0.00% | 0 | 0 | 0 | 0.00 | 0.00 |
| March 2006 | 0 | 23 | 0.00% | 0 | 0 | 0 | 0.00 | 0.00 |
| April 2006 | 0 | 19 | 0.00% | 0 | 0 | 0 | 0.00 | 0.00 |
| May 2006 | 0 | 22 | 0.00% | 0 | 0 | 0 | 0.00 | 0.00 |
| June 2006 | 16 | 22 | 72.73% | 40 | 76 | 116 | 7.25 | 5.27 |
| July 2006 | 18 | 20 | 90.00% | 79 | 97 | 176 | 9.78 | 8.80 |
| August 2006 | 23 | 23 | 100.00% | 173 | 230 | 403 | 17.52 | 17.52 |
| September 2006 | 20 | 20 | 100.00% | 58 | 64 | 122 | 6.10 | 6.10 |
| October 2006 | 16 | 22 | 72.73% | 23 | 24 | 47 | 2.94 | 2.14 |
| November 2006 | 18 | 21 | 85.71% | 20 | 17 | 37 | 2.06 | 1.76 |
| December 2006 | 9 | 20 | 45.00% | 9 | 8 | 17 | 1.89 | 0.85 |
| Subtotal 2006 | 125 | 251 | 49.80% | 410 | 521 | 931 | 7.448 | 3.71 |